**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**"IN ADMIRALITY"**

Michael BULLOCK

Plaintiff,

08-10028

V.

CASE NO CIV-KING

MAGISTRATE BANDSTRA

The M/V "FAN T SEA", HIN XED06009J798
Her boats, tackle, apparel and
furniture, engines and appurtenances

Defendant.

_______________________________________/

REC'D by [signature] D.C.
APR 07 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - KEY WEST

**VERIFIED COMPLAINT IN ADMIRALTY**

COME NOW Michael BULLOCK (BULLOCK), pro se, who hereby files this, verified complaint in admiralty against the 1998 60' Tarrab motor yacht, HIN XED06009J798 "FAN T SEA", owned by Mr. Allen Jon Wolf and/or Greater Than Fan T Sea, Inc, A Kentucky Corporation and seeking salvage award and would state the following in support thereof:

1. This court has jurisdiction over this Claim For Salvage of the 1998 60' Trrab motor yacht, HIN XED06009J798, "FAN T SEA" pursuant to 28 USC § 1333.

2. The insurer, Great Lakes/T. L. Dallas, has thus far refused to submit a Letter of Undertaking in lieu of arresting the vessel.

3. It is reported that the "FAN T SEA" is intending to leave Key West, FL, bound for Mexico in the next few weeks.

4. The Salvage of the vessel "FAN T SEA" occurred within the jurisdiction of the United States District Court for the Southern District of Florida in the waters of Key West, Florida.

5. The estimated post causality value of the "FAN T SEA" is $700,000.00.

6. The sole salvor of the "FAN T SEA" is Captain Michael BULLOCK.

7. Captain Bullock is a USCG licensed, full-time professional salvor operating fast response rescue vessels out of Key West, FL.

8. Plaintiff BULLOCK owns and operates an exclusive franchise area of Sea Tow Services International, Inc of Southold, NY.

9. Plaintiff BULLOCK is the sole proprietor of the DBA Sea Tow Key West.

10. Sea Tow Key West is licensed to do business in the City of Key West and County of Monroe, Florida.

11. On February 13, 2008, the NOAA National Weather Service had predicted the arrival of a weather system forecast to have heavy winds and rains to be expected in the Key West, FL area around mid day.

12. Captain Bullock maintained a weather watch throughout the morning via NOAA National Weather Service broadcasts on VHF channel 2 and online weather radar images via Weatherunderground.com.

13. Captain Bullock prepared his vessel and crew, Eric Denhart and Steven Pool for patrolling during the arrival of severe weather conditions.

14. Captain Bullock and the two crewmen went out on patrol in Key West Harbor at the arrival of the weather system, just past noon.

15. The winds increased steadily with gusts of 40 knots reported along with heavy blowing rain that restricted visibility.

16. At approximately 12:40 p.m. on February 13, 2008, the "FAN T SEA", a 1999 60' Tarrab motor yacht, was reported to be unoccupied, dragging anchor and aground on Fleming Key by an unidentified nearby boater via VHF channel 16.

17. Captain Bullock and crew quickly responded and were on scene within 5 minutes of the call, locating the "FAN T SEA".

18. The "FAN T SEA" appeared to have dragged on her anchor, as her anchor line was visible.

19. The "FAN T SEA" was found to be foundering, stern to, on the west side lee shore of Fleming Key, in Key West Harbor in shallow water and pounding upon hard coral and concrete rip rap.

20. Captain Bullock maneuvered his vessel close to the bow of the "FAN T SEA" to allow crewman Denhart to jump from the rescue vessel onto the bow of the "FAN T SEA".

21. This was a dangerous and difficult maneuver as the seas were breaking on the rocks, the wind was buffeting the rescue vessel, visibility was restricted due to rain and spray and both vessels were pitching and yawing.

22. A tow line was passed to the crew man aboard the "FAN T SEA" and made fast to her bow.

23. A strain was taken on the tow line and with near full throttle and with maneuvering of the rescue vessel and the "FAN T SEA" was pulled free from the shore.

24. The "FAN T SEA" was slowly towed into the seas while the crewman aboard retrieved the anchor and rode.

25. The "FAN T SEA" was towed to a near-by secure mooring that is maintained by the salvors.

26. Just as the "FAN T SEA" was moored, the owner and/or operator Mr. Allen J. Wolf arrived and checked the interior and bilges for water ingress, with none noted.

27. The "FAN T SEA" was incapable of rescuing herself from damage as she had no crew or personnel aboard prior to the salvor's arrival.

28. There is no doubt that the "FAN T SEA" would have continued to founder on the rocks on the shore of Fleming Key with significant damage were it not for the quick assistance provided by the salvors.

29. Maneuvering a vessel in breaking, turbid waters on a shore with known underwater, but not visible, hazards in 40 knot winds and restricted visibility poses a high risk of injury to both the vessel and crew.

30. Having a crewman climb from the pitching deck of one vessel to the pitching deck of another vessel in high winds, seas and rain is inherently dangerous.

31. The salvors arrived on scene within 5 minutes of the VHF channel 16 distress alert with crew and extensive equipment inventory.

32. The "FAN T SEA" was promptly removed from peril and towed and made to a secure and protected mooring maintained by the salvors.

33. The vessel is presently located at Old Island Boat Yard, Key West, FL.

34. Salvors are seeking an award, to be determined by the Court, of not more than $70,000.00 for their services to the vessel "FAN T SEA".

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

08-10028

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

Michael BULLOCK

(b) County of Residence of First Listed Plaintiff Monroe
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

(pro se) Michael Bullock
3718 Flagler Ave
Key West, FL 33040 (305) 295 9912

**DEFENDANTS**

M/V " FAN T SEA" in rem

County of Residence of First Listed Defendant Presently in Monroe
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

MAGISTRATE BANDSTRA

CIV-KING

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☑ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☒ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

REC'D by [signature] D.C.
APR 07 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - KEY WEST

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Re-filed- (see VI below) ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☑ NO b) Related Cases ☐ YES ☑ NO

JUDGE DOCKET NUMBER

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**:

Voluntary salvage 28 USC 1333

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 70,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☑ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD [signature]

DATE April 3, 2008

**FOR OFFICE USE ONLY**

AMOUNT 350.00 RECEIPT # 221393 IFP